**Copyrights-In-Suit for IP Address 68.6.150.77**

**ISP:** Cox Communications
**Location:** San Diego, CA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Day to Remember | PA0001811850 | 10/22/2012 | 10/26/2012 | 10/23/2012 |
| A Little Rain Must Fall | PENDING | 01/23/2013 | 01/27/2013 | 01/23/2013 |
| Amazing Grace | PA0001806477 | 09/14/2012 | 09/19/2012 | 09/17/2012 |
| California Dreams | PA0001780564 | 03/12/2012 | 03/12/2012 | 03/12/2012 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 08/14/2012 |
| Cum With Me | PA0001817714 | 12/04/2012 | 12/16/2012 | 12/04/2012 |
| Dangerous Game | PA0001810505 | 10/10/2012 | 10/14/2012 | 10/10/2012 |
| Daydream | PA0001810455 | 10/15/2012 | 10/15/2012 | 10/22/2012 |
| Farewell | PA0001800473 | 08/03/2012 | 08/07/2012 | 08/09/2012 |
| Flexible Beauty | PA0001811853 | 10/19/2012 | 10/26/2012 | 10/19/2012 |
| Good Vibrations | PA0001800359 | 07/02/2012 | 07/09/2012 | 07/04/2012 |
| Heaven Sent | PA0001788136 | 04/30/2012 | 04/27/2012 | 04/27/2012 |
| Inspiration | PA0001801714 | 08/10/2012 | 08/14/2012 | 08/12/2012 |
| Introducing Angelica | PA0001818283 | 11/28/2012 | 12/13/2012 | 11/28/2012 |
| Introducing Diana | PA0001789511 | 05/11/2012 | 05/11/2012 | 05/13/2012 |
| LA Love | PA0001790458 | 03/22/2010 | 05/23/2012 | 07/23/2012 |
| Lovers Quarrel | PA0001814247 | 11/13/2012 | 11/28/2012 | 11/11/2012 |
| On My Own | PA0001794965 | 06/04/2012 | 06/08/2012 | 06/04/2012 |
| One Night Stand | PA0001794973 | 05/02/2012 | 05/02/2012 | 05/02/2012 |
| Perfect Girls | PA0001783454 | 03/28/2012 | 03/28/2012 | 03/28/2012 |
| Photo Fantasy | PA0001808631 | 09/28/2012 | 09/28/2012 | 09/28/2012 |

EXHIBIT B

SCA33

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Poolside Passion | PA0001811851 | 10/25/2012 | 10/26/2012 | 10/26/2012 |
| Sapphic Experience | PA0001793364 | 06/11/2012 | 06/14/2012 | 06/12/2012 |
| Sent from Heaven | PA0001819295 | 12/21/2012 | 12/31/2012 | 12/24/2012 |
| Slow Motion | PA0001787875 | 04/22/2012 | 04/23/2012 | 04/23/2012 |
| Starting Over | PA0001803663 | 08/27/2012 | 09/10/2012 | 08/28/2012 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/15/2012 | 08/18/2012 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 08/24/2012 |
| Underwater Lover | PA0001806474 | 09/17/2012 | 09/20/2012 | 09/17/2012 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 12/07/2012 |
| Wet Dream | PA0001800357 | 07/20/2012 | 07/20/2012 | 07/23/2012 |
| Young and Hot | PA0001794969 | 06/06/2012 | 06/08/2012 | 06/06/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 32**