Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone:  (323) 515-7894
Facsimile:  (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Malibu Media, LLC, a California corporation, | Case No. 3:13-cv-00435-LAB-DHB |
| Plaintiff, | **JOINT MOTION TO DISMISS AND CLOSE CASE** |
| v. | |
| DEREK LIEU, | |
| Defendant. | |

Plaintiff Malibu Media, LLC ("Plaintiff") and Defendant Derek Lieu ("Defendant"), by and through their respective counsel, hereby jointly move the Court to dismiss Plaintiff's Complaint against Defendant, with prejudice, and Defendant's Cross-Complaint against Plaintiff, with prejudice.   The parties have agreed to settle this case pursuant to a confidential settlement agreement, and all parties have fulfilled their obligations pursuant thereto.   Accordingly, the parties request that the Court dismiss this case.   In light of the fact that Plaintiff and Defendant are the only parties in this case, the case should be deemed closed.

DATED: February 27, 2014          Respectfully submitted,

KUSHNER LAW GROUP

By:        /s/ Leemore L. Kushner
Leemore L. Kushner
Attorneys for Plaintiff Malibu Media, LLC

PIETZ LAW FIRM

By:        /s/ Morgan Pietz
Morgan Lietz
Attorney for Defendant Derek Lieu

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Electronic Service List for this Case.

DATED: February 27, 2014          KUSHNER LAW GROUP


By:          /s/ Leemore L. Kushner
          Leemore L. Kushner
          Attorneys for Plaintiff Malibu Media, LLC

JOINT MOTION TO DISMISS AND CLOSE CASE